IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA SUE KING,

    Plaintiff,

v.

MADISON WI POLICE DEPARTMENT,
OFFICER HEIMSNESS, SAMPSON,
RODGRIGUEZ, DAWN GARDNER and
CHIEF KOVAL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-851-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Melissa Sue King leave to proceed on her claims and dismissing his case.

| /s/ | 9/22/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |